UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KERRY ANNE REGAN,<br><br>Plaintiff,<br><br>vs.<br><br>THE BENCHMARK COMPANY LLC, TRINET GROUP, INC., ADAM GORDON and RICHARD MESSINA,<br><br>Defendants. | 11 CIV 4511<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the annexed affirmation of Katherine B. Harrison, dated August 19, 2011, and the accompanying Memorandum of Law in support of this motion, Defendants The Benchmark Company, LLC, Adam Gordon and Richard Messina will move this Court, before the Honorable Colleen McMahon, United States District Judge, for an order pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

Dated: New York, New York
August 19, 2011

PADUANO & WEINTRAUB LLP

By: [signature]

Anthony Paduano
Katherine B. Harrison
Jillian A. Lazar
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020

Attorneys for Defendants
The Benchmark Company LLC,
Adam Gordon and Richard Messina