RECEIVED
DEC 5 - 2012
CHAMBERS OF
COLLEEN McMAHON

**BANTLE & LEVY LLP**
ATTORNEYS AT LAW
817 BROADWAY
NEW YORK, NEW YORK 10003

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/12

ROBERT L. LEVY
LEE F. BANTLE
AMOS B. BLACKMAN

TEL 212.228.9666
FAX 212.228.7654

December 5, 2012

<u>Via Fax (212) 805-6326</u>
Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, 14C
New York, New York 10007

MEMO ENDORSED

restore & calendar
Colleen McMahon
12/5/12

Re: <u>Regan v. The Benchmark Company LLC et al., 11 CV. 04511 (CM)</u>

Dear Judge McMahon:

We represent the plaintiff, Kerry Anne Regan, in the above-referenced matter. We write to request that the action be restored to the Court's calendar. As Your Honor is aware, by letter dated November 2, 2012 the parties notified the Court that the parties had reached a settlement in principle to resolve the action. By Order dated November 7, 2012, Your Honor discontinued the action and set a deadline of December 7, 2012 for restoration of the action to the calendar.

Unfortunately, all the parties have not been able to reach final terms on a written settlement agreement. While Plaintiff and defendant, TriNet Group Inc., have reached agreement on all terms, there remain certain issues to be resolved between plaintiff and defendants, The Benchmark Company, LLC, Adam Gordon and Richard Messina (the "Benchmark Defendants"). Earlier this week we were advised by counsel for the Benchmark Defendants that they are currently not authorized to engage in further settlement negotiations. Accordingly, we have no choice but to resume the litigation.

Respectfully submitted,

Robert L. Levy

cc: Katherine B. Harrison, Esq. (*via email*)
David M. Strand, Esq. (*via email*)