DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERRY ANNE REGAN,

Plaintiff,

v.

THE BENCHMARK COMPANY, LLC, TRINET GROUP, INC., ADAM GORDON and RICHARD MESSINA,

Defendants.

No. 11 Civ. 4511 (CM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that all claims and cross claims against Defendants Adam Gordon and Richard Messina are hereby dismissed with prejudice, without costs or fees to any party; and

The caption of this case is hereby amended to remove the names Adam Gordon and Richard Messina. Hereafter, this action shall be called Kerry Anne Regan v. The Benchmark Company, LLC and TriNet Group, Inc., No. 11 Civ. 4511 (CM)

Dated: December 17, 2012

PADUANO & WEINTRAUB LLP

By: Katherine B. Harrison

1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100

Attorneys for Defendants
The Benchmark Company, LLC,
Adam Gordon and Richard Messina

FISHER & PHILLIPS LLP

By: David E. Strand

430 Mountain Avenue
Murray Hill, New Jersey 07974
(908) 516-1050

Attorneys for Defendant
TriNet Group, Inc.

BANTLE & LEVY LLP

By: ______________________
Robert L. Levy

817 Broadway
New York, New York 10003
(212) 228-9666

Attorneys for Plaintiff
Kerry Anne Regan

SO ORDERED:

______________________
United States District Judge

12/20/2012