McMahon, C.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KERRY ANNE REGAN,

Plaintiff,

v.

THE BENCHMARK COMPANY, LLC, et al.,

Defendants.

No. 11 Civ. 4511 (CM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the action, including all claims and cross claims, is hereby dismissed with prejudice, without costs or fees to any party.

Dated: December ___, 2012

PADUANO & WEINTRAUB LLP

By: Katherine B. Harrison 2/19/13
Katherine B. Harrison

1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100

Attorneys for Defendants
The Benchmark Company, LLC,
Adam Gordon and Richard Messina

FISHER & PHILLIPS LLP

By: [signature] 12/11/12
David E. Strand

430 Mountain Avenue
Murray Hill, New Jersey 07974
(908) 516-1050

Attorneys for Defendant
TriNet Group, Inc.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 2/20/13

BANTLE & LEVY LLP

By: ______________________
Robert L. Levy

817 Broadway
New York, New York 10003
(212) 228-9666

Attorneys for Plaintiff
Kerry Anne Regan

SO ORDERED:

______________________
United States District Judge

2/20/2013